THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* H. ELY GOLDSMITH, Appellant.

(Argued October 22, 1928; decided November 20, 1928.)

*Horace G. Marks* for appellant.

*Robert H. Elder, William Dike Reed* and *Otho S. Bowling, amici curiæ.*

*Joab H. Banton,* District Attorney *(Felix C. Benvenga* and *Michael J. Driscoll* of counsel), for respondent.

Judgment of the Appellate Division and that of Special Sessions reversed and information dismissed upon the ground that there is no evidence that defendant held himself out to the public as being entitled to practice

law within the meaning of section 270 of the Penal Law. (See *People* v. *Alfani*, 227 N. Y. 334.)

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Not sitting: O'BRIEN, J.